**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **VALERIE GRAY**, on behalf of herself and all others similarly situated, ) ) ) | Case No. 1:20-cv-00054 |
| Plaintiff, ) ) v. ) ) | JUDGE PATRICIA A. GAUGHAN |
| **PROPERTY MANAGEMENT SERVICES, LLC**, *et al.* ) ) ) ) | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. ) | |

Plaintiff and Defendants hereby notify the Court that the parties have settled this case. The parties ask that this notice satisfies the Status Report that is due May 27, 2020, and that the Court vacate the status conference scheduled for June 1, 2020.[1] The parties plan on submitting their Joint Motion for Settlement Approval within 21 days.

Respectfully submitted,

| **NILGES DRAHER LLC** | **REMINGER CO., LPA** |
|---|---|
| */s/ Robi J. Baishnab* | */s/ Jonathan H. Krol (with permission)* |
| Robi J. Baishnab (0086195) | Andrew J. Dorman (0063410) |
| 34 N. High Street | Jonathan H. Krol (0088102) |
| Suite 502 | 101 West Prospect Avenue, Suite 1400 |
| Columbus, OH  43215 | Cleveland, Ohio 44115 |
| Phone:  614.824.5770 | Phone: (216) 687-1311 |
| Fax:  330.754.1430 | Email: adorman@reminger.com |
| rbaishnab@ohlaborlaw.com |             jkrol@reminger.com |
| | |
| Hans A. Nilges (0076017) | *Counsel for Defendants Property Management Services, LLC and Marlene Cornachio* |
| Shannon M. Draher (0074304) | |
| 7266 Portage Street NW | |
| Suite D | |
| Massillon, OH  44646 | |
| Phone:  330.470.4428 | |
| Fax:  330.754.1430 | |
| hans@ohlaborlaw.com | |
| sdraher@ohlaborlaw.com | |

*Counsel for Plaintiffs*

---

[1] ECF No. 12 at ¶¶ 10 to 11.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 26, 2020, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Robi J. Baishnab*
                                          Robi J. Baishnab

                                          *Counsel for Plaintiffs*