IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VALERIE GRAY, | ) |
|     Plaintiff, | ) Case No. 1:20-cv-00054 |
| v. | ) JUDGE PATRICIA A. GAUGHAN |
| PROPERTY MANAGEMENT SERVICES, LLC, *et al.* | ) ORDER APPROVING SETTLEMENT AND DISMISSING WITH PREJUDICE |
|     Defendants. | ) |

Named Plaintiff Valerie Gray, Opt-in Plaintiffs Kelly Meeks and Nicole Todd, and Defendants Property Management Services, LLC d/b/a Custom Cleaning and Maintenance and Marlene Cornachio, have moved the Court to approve settlement of claims brought pursuant to the Fair Labor Standards Act 29 U.S.C. § 216(b), to approve the requested service payment, and to approve Plaintiffs' Counsel's requested fees and expenses.[1]

Having reviewed the Settlement Agreement, as well as the Parties' Joint Motion for Fair Labor Standards Act Settlement Approval, the Declaration of Robi J. Baishnab appended thereto, and the pleadings and papers on file in this Action, and for good cause established therein, the Court hereby approves settlement of the FLSA claims as provided in the Settlement Agreement. Specifically, having reviewed the parties' Settlement Agreement, this Court finds that the agreement, including the requested service payment, attorneys' fees and costs, to be fair and reasonable, and approves same. This action is hereby dismissed with prejudice, and this Court shall retain jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED**.

                                            /s/ Patricia A. Gaughan
                                            Patricia A. Gaughan
                                            U.S. District Court Chief Judge

Dated: 6/23/20

---

[1] ECF No. 18.